# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| DIANE KROPF, and JOSEPH KROPF, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 12-cv-00389-SRB |
| ) | |
| JOHNSON & JOHNSON, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the parties' Stipulation and Joint Motion to Transfer Venue. (Doc. #23.) For good cause shown, and for the reasons stated by the parties, the motion is GRANTED. Pursuant to 28 U.S.C. § 1404(a), this case is hereby transferred to the United States District Court for the Eastern District of Virginia, Richmond Division. Defendants' Unopposed Motion to Transfer Pleadings from Multidistrict Litigation Docket to Remand Docket (Doc. #15) is DENIED WITHOUT PREJUDICE, and is subject to refiling with the Eastern District of Virginia after this case is transferred.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: October 2, 2020